# CICONTE SCERBA LLC
ATTORNEYS AT LAW
1300 King Street
P.O. BOX 1126
WILMINGTON, DE 19899

EDWARD T. CICONTE  
DAVID R. SCERBA (1959-2009)  
_____  
ADAM F. WASSERMAN*  
*ALSO ADMITTED IN PA

TELEPHONE   (302) 658-7101  
FACSIMILE   (302) 658-4982  
_____  
WRITER'S E-MAIL:  
awasserman@cskdelaw.com

August 15, 2017

**VIA E-FILE**
The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

  Re: Renee S. Watson v. Ciconte, Wasserman, Scerba & Kerrick, LLC, et. al.
     C.A. No. 13-1585-LPS
     Request to Reconsider Defendant CWSK's Notice to Join and Adopt Defendant PRA's Motion to Dismiss

Dear Judge Stark:

  I write to respectfully request that the Court reconsider Defendant Ciconte, Wasserman, Scerba & Kerrick, LLC's ("CWSK") Notice to Join and Adopt co-defendant Portfolio Recovery Associates, LLC's ("PRA") Motion to Dismiss Plaintiff's Second Amended Complaint.

  By way of background, Plaintiff filed a Second Amended Complaint on October 21, 2016. (D.I. 31) On November 4, 2016, co-defendant PRA filed a Motion to Dismiss Plaintiff's Second Amended Complaint and Memorandum of Law in support thereof. (D.I. 32 & 33) On November 9, 2016, CWSK filed a Notice to Join and Adopt PRA's Motion to Dismiss on the same grounds asserted by PRA. (D.I. 34)

  On August 10, 2017, the Court granted PRA's Motion to Dismiss, which eliminated all of Plaintiff's claim's against PRA, and left only one count remaining against CWSK. (D.I. 37) However, the Court's Opinion did not address CWSK's Notice to Join and Adopt PRA's Motion. The Court subsequently entered an Order directing CWSK to file an answer or otherwise plead to the Second Amended Complaint on or before August 31, 2017. (D.I. 38)

  CWSK submits that dismissal of the Second Amended Complaint is appropriate as to CWSK under the same reasoning proffered by PRA in its Motion to Dismiss. Accordingly, CWSK

The Hon. Leonard P. Stark
August 15, 2017
Page 2

respectfully requests that the Court reconsider CWSK's Notice to Join and Adopt PRA's Motion to Dismiss, and grant such relief as the Court deems proper.

                                                              Respectfully,

                                                              */s/ Adam F. Wasserman*

                                                              Adam F. Wasserman

cc:      (*via U.S. Mail*)
           Renee S. Watson
           38 Charles Court
           New Castle, DE 19702